**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAUSE OF ACTION INSTITUTE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES<br>DEPARTMENT OF COMMERCE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-2397 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties, by counsel and pursuant to this Court's July 9, 2019 minute order, respectfully submit this joint status report.

1. This lawsuit concerns three Freedom of Information Act ("FOIA") requests submitted by Plaintiff Cause of Action Institute ("CoA Institute") to Defendant United States Department of Commerce ("Commerce").

2. Consistent with the Court's orders, on June 13, 2019, Commerce made an interim production, and on June 28, 2019, Commerce completed production of non-exempt records responsive to all three FOIA requests.

3. Counsel for both parties continue to meet and confer regarding Commerce's productions, and Plaintiff's challenges thereto, in an effort to narrow the issues in dispute.

4. The parties propose to continue their discussions and to submit a further joint status report by no later than August 9, 2019, in which they will propose a schedule for further proceedings, if necessary.

Dated: July 29, 2019                               Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

 /s/ Robert M. Norway
ROBERT M. NORWAY
D.C. Bar No. 490,715
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0889
Fax: (202) 616-8470
Email: robert.m.norway@usdoj.gov

*Counsel for Defendant*

 /s/ R. James Valvo, III
R. James Valvo, III (D.C. Bar. No. 1017390)
Lee A. Steven (D.C. Bar No. 468543)
CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
james.valvo@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*